AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

FILED

MAY - 6 2015

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.

MATTHEW COX and
JASON TOBIAS SMITH

*Defendant(s)*

Case No. 4:15MJ03117 NCC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 2014 to May 5, 2015 in the city of St. Louis City, MO in the Eastern District of Missouri, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 846 & 841(a)(1) | CT. 1 - Conspiracy to distribute and possess with intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance |

This criminal complaint is based on these facts:

see attached Affidavit which is incorporated herein by reference.

☑ Continued on the attached sheet.

SA Scott Marlow

*Complainant's signature*

SCOTT MARLOW, Special Agent
Drug Enforcement Administration

*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 6, 2015

Noelle C. Collins

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Noelle C. Collins, U.S. Magistrate Judge

*Printed name and title*