FILED
MAY - 6 2015
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATTHEW COX and<br>JASON TOBIAS SMITH,<br>Defendants. | ) | NO. 4:15MJ03117 NCC |

**GOVERNMENT'S ENTRY OF APPEARANCE**

COME NOW Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and James C. Delworth and Dean R. Hoag, Assistant United States Attorneys for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

James C. Delworth

JAMES C. DELWORTH, #29702MO
DEAN R. HOAG, #23843MO
Assistant U.S. Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200